1  Edit Alexandryan, Esq. [SBN 249323]
   WESTLAKE SERVICES, LLC, dba
2  WESTLAKE FINANCIAL SERVICES
   4751 Wilshire Boulevard, Suite 100
3  Los Angeles, CA 90010-3838
   Telephone:  (323) 801-7166
4  Facsimile:  (323) 330-8279
   Email:      ealexandryan@westlakefinancial.com
5
   Attorneys for Defendant,
6  WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES

7  Trinette G. Kent, Esq. (SBN 222020)
   Of Counsel to Lemberg Law, LLC
8  3219 East Camelback Road, #588
   Phoenix, AZ 85018
9  Telephone:  (480) 247-9644
   Facsimile:  (203) 653-3424
10
   Attorney for Plaintiff,
11 Lina Alhanbly

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                         LOS ANGELES DIVISION

| | |
|---|---|
| LINA ALHANBLY,<br><br>    Plaintiff,<br><br>  vs.<br><br>WESTLAKE FINANCIAL SERVICES,<br><br>    Defendant. | Case No.: 2:17-cv-07122-SJO-GJS<br><br>**STIPULATION TO ARBITRATE AND STAY PROCEEDINGS PENDING ARBITRATION** |

WHEREAS the contract which underlies this action contains an arbitration clause. WHEREAS Plaintiff Lina Alhanbly has filed the present litigation against Westlake Financial Services.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1. The matter shall be resolved by way of binding arbitration.

2. The parties waive the right to a jury trial.

3. The Federal proceedings concerning this matter shall be stayed pending the outcome of arbitration.

4. This stipulation does not modify, waive, or void any portions of the arbitration provision set forth in the contract underlying this lawsuit.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: January 16, 2018       By: _/s/ Edit Alexandryan_____
                                   Edit Alexandryan
                                   Attorney for Defendant


Dated: January 16, 2018       By: __/s/ Trinette G. Kent_____
                                   Trinette G. Kent
                                   Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2018, a copy of the foregoing was served electronically by the U.S. District Court Central District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By:   /s/  *Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff
Lina Alhanbly